ABATEMENT—ACCOUNTING BY GUARDIAN—SUIT PENDING.
    An accounting by a guardian is properly directed, notwithstanding that in a pending partition suit the ward has pleaded that the guardian has collected rents belonging to the ward, where the papers in the proceeding for the accounting show that the rents are not matters for which the account is claimed.

Appeal from surrogate's court, Kings county.

Petition of James M. Hanly, guardian of Joseph F. Hanly, for an order requiring Dennis Murphy, administrator of Anna T. Murphy, deceased, to render an account of the proceedings of Anna T. Murphy as guardian of Joseph F. Hanly. From such an order, Dennis Murphy appeals. Affirmed.

Argued before BROWN, P. J., and DYKMAN and PRATT, JJ.

Spellissy & Gray, for appellant.

Lamb, Osborne & Petty (Gilbert D. Lamb, of counsel), for respondent.

PRATT, J. The surrogate directs a judicial settlement of the account of Anna T. Murphy as general guardian of Joseph F. Hanly. It is objected to on the ground that in a pending partition suit Joseph F. Hanly has pleaded that Anna T. Murphy has collected rents belonging to Hanly, for which an account is asked. The pleadings before the surrogate show that the rents are not matters for which an account is claimed. It follows that full relief cannot be given in the partition suit, and the accounting before the surrogate is necessary.

Order appealed from affirmed, with costs. All concur.

---

CORNWELL v. CLEMENTS.

(Supreme Court, General Term, Second Department. July 26, 1895.)

APPEAL—APPLICATION FOR LEAVE.
    Permission to appeal to the court of appeals will be denied where no reason for granting it is stated in the affidavit on which application is based, and none is shown.

Action by Valentine Cornwell against Charles H. Clements. Defendant applies for leave to appeal from judgment of general term (33 N. Y. Supp. 866) affirming a judgment of the special term sustaining a demurrer to the complaint. Denied.

Argued before BROWN, P. J., and DYKMAN and PRATT, JJ.

H. A. Monfort, for the application.

E. F. & E. G. Bullard, opposed.

DYKMAN, J. This is an application on the part of the defendant for permission to appeal to the court of appeals from the judgment of the general term of this court, reversing the judgment of the spe-

cial term, which sustained a demurrer to the complaint in this action. The motion is based upon an affidavit of the attorney for the defendant, which states that the defendant desires to appeal to the court of appeals from the judgment of the general term. The affidavit states no reason why such permission should be granted, and we have been unable to discover any. According to the complaint, the defendant has been guilty of a gross fraud, and he should not be permitted to delay the day of trial by technical objections to the complaint. If he has any defense, he had better address himself to its production; and if he has none there should be no delay of the day of judgment. The motion should be denied, with $10 costs and disbursements. All concur.